DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellant,

v.

**CHESTER A. RIDDICK, JR.** and **CARMELITA RIDDICK,**
Appellees.

No. 4D2023-2835

[December 11, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Judge; L.T. Case No. 502022CA008353.

David A. Noel and Kara Rockenbach Link of Link & Rockenbach, PA, West Palm Beach, for appellant.

Robert C. Hubbard and George A. Vaka of Vaka Law Group, P.L., Tampa, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\*    \*    \*

***Not final until disposition of timely-filed motion for rehearing.***